UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff

v.                                      Case No. 24-30380
                                        Originating No. 24MJ2153

**JERRY JOHN MATHINS,**

      Defendant.
_____/

**GOVERNMENT'S PETITION
FOR TRANSFER OF DEFENDANT TO
ANOTHER DISTRICT AND SUPPORTING BRIEF**

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **JERRY JOHN MATHINS,** to answer to charges pending in another federal district, and states:

1. On **September 5, 2024,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **District of Maryland based on a Complaint**. Defendant is charged in that district with violations of **49 USC Section 32703(4), 32709(b) – Conspiracy to Commit Odometer Tampering.**

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above. *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

    Respectfully submitted,

    DAWN N. ISON
    United States Attorney


    *s/Sarah Youngblood*
    SARAH YOUNGBLOOD
    Assistant U.S. Attorney
    211 W. Fort Street, Suite 2001
    Detroit, MI 48226
    (313) 226-9100

Dated: September 5, 2024